UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sheila and Jerome Hill,

    Plaintiff(s),

v

Kramer-Triad Management Group, LLC, et al,

    Defendant(s).
_____/

Civil Case No.: 18-12274

Hon. Sean F. Cox

### **STIPULATED ORDER AS TO VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

Plaintiffs and Defendants in the above-captioned matter hereby stipulate and agree as follows:

1. Plaintiffs will dismiss the Discrimination in the Terms, Conditions, and Privileges in the Provision of Facilities and Services in Connection with Housing on the Basis of Race, in Violation of FHA, 42 U.S.C. § 3604(b) claim without prejudice.

2. Plaintiffs will dismiss the Interference with Plaintiffs' Equal Rights to Hold Real Property in Violation of 42 U.S.C. § 1982 claim without prejudice.

3. Plaintiffs will dismiss the Interference with Plaintiff's Equal Rights to the Benefits and Privileges of their Condominium Contract, in violation of 42 U.S.C. § 1981 claim without prejudice.

4. Upon culmination of Civil Case No. 18-12274, either through settlement or judgment, Plaintiff(s) Sheila and Jerome Hill will relinquish all claims relating to

race or racial discrimination against the Defendant parties in any way having to do with the facts in the above-captioned litigation.

IT IS SO ORDERED.

Dated:  September 3, 2019               s/Sean F. Cox
                                        Sean F. Cox
                                        U. S. District Judge


**STIPULATED AND AGREED:**


  /s/Robin Wagner (*with permission)*
Megan Bonanni (P52079)
Robin Wagner (P79408)
Attorneys for Plaintiff


  /s/Hassan Zaarour
Carina M. Kraatz (P73773)
Hassan A. Zaarour (P83043)
Attorneys for Defendant


/s/Anthony Kostello (*with permission)*
Anthony Kostello (P57199)
Scott McCormick (P80254)