UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sheila and Jerome Hill,

    Plaintiff(s),

v

Kramer-Triad Management Group, LLC, et al,

    Defendant(s).
_____ /

Civil Case No.: 18-12274

Hon. Sean F. Cox

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, having stipulated to the matters contained herein, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and without costs or attorneys' fees as to all parties.

Entry of this Order resolves the last pending claim and closes this action in its entirety.

**IT IS SO ORDERED.**

DATED: October 29, 2019

s/Sean F. Cox
SEAN F. COX
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED:**

/s/Robin Wagner *w/ permission*
Megan Bonanni (P52079)
Robin Wagner (P79408)
Attorneys for Plaintiff

/s/Hassan Zaarour
Carina M. Kraatz (P73773)
Hassan A. Zaarour (P83043)
Attorneys for Defendant Coves at
Bradbury Park Condominium Association

/s/Anthony Kostello *w/ permission*
Anthony Kostello (P57199)
Attorney for Defendant Kramer-Triad
Management Group, LLC